| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>MANOR VENTURES LLC.,<br><br>                      Debtor.<br><br>---------------------------------------------------------x | **Hearing Date: April 12, 2016**<br>**Hearing Time: 10:30 a.m.**<br><br><br>Chapter 11<br><br>Case No. 13-40508 (ESS)<br><br><u>NOTICE OF MOTION AND MOTION</u> |

      PLEASE TAKE NOTICE that upon the within motion and concurrently filed memorandum of law and declaration, William K. Harrington, the United States Trustee for the Region 2 (the "United States Trustee") will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, **on April 12, 2016, at 10:30 a.m.,** or as soon thereafter as counsel can be heard, for entry of an order directing dismissal of this case or, in the alternative, converting the Debtor's chapter 11 case to chapter 7 and for such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and served on the United States Trustee at 201 Varick Street, Suite 1006, New York, New York 10014, to the attention of Marylou Martin, seven (7) business days prior to the hearing. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

      WHEREFORE, the United States Trustee respectfully requests that this Court enter an order dismissing this case, converting the case to chapter 7, or grant such other relief as the Court deems just, fair, and equitable.

Dated: New York, New York
       March 18, 2016

                                                        WILLIAM K. HARRINGTON
                                                        UNITED STATES TRUSTEE, REGION 2

                                  By:    */s/ Marylou Martin*
                                         Marylou Martin
                                          Trial Attorney
                                          201 Varick Street, Suite 1006
                                          New York, New York 10014
                                          212-510-0500