UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

MANOR VENTURES LLC.,                                Chapter 11

                                                    Case No. 13-40508 (ESS)
                    Debtor.
-----------------------------------------------------x

## DECLARATION OF MARYLOU MARTIN

Pursuant to 28 U.S.C. § 1746, Marylou Martin declares as follows:

1.     I am an attorney in the Office of the United States Trustee for Region 2. I am assigned to this matter by my office and as such, have knowledge and information about this Chapter 11 bankruptcy case. I submit this Declaration in support of the Motion of the United States Trustee to Dismiss This Case or, in the Alternative, Convert This Chapter 11 Case to Chapter 7, pursuant to 11 U.S.C. § 1112 (the "Motion").

2.     On January 30, 2013 (the "Filing Date"), the Debtor commenced its case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition"). ECF No. 1.

3.     The United States Trustee has not appointed a trustee, and the Debtor remains in control and possession of its assets as a debtor-in-possession.

4.     The United States Trustee was unable to form a committee of unsecured creditors.

**Assets and Liabilities**

**5**.     According to Schedule A, the Debtor has ownership interest in three real properties, namely, 15 High Street, Monticello, NY ("High Street"), 320 Rockland Road, Roscoe, NY (Rockland Road) and a one acre parking lot attached to Rockland Road

(collectively, the "Properties")    with a total value of $1,125,000, and miscellaneous personal property totaling $6,675. ECF Doc. No. 1, Schedule A.

6. The Debtor scheduled miscellaneous personal property in the amount of $6,675. ECF Doc. No. 1, Schedule B.

7. The Debtor scheduled secured claims encumbering the Properties in the aggregate amount of $737,599. ECF Doc. No 19, Schedule D.

8. The Debtor scheduled priority unsecured claims totaling $168,708 and general unsecured claims in the amount of $133,000. ECF Doc. No. 19, Schedules E and F.

**Deficiencies in Debtor's Case**

9. As of this date, the monthly operating reports for November and December 2015 and January 2016 are past due. The February 2016 monthly operating report is due prior to the return date of this Motion.

10. The monthly operating reports filed in this case reflect that the Debtor generates no income and continues to incur post-petition tax liabilities.   ECF Doc. Nos. 16,17, 22,23,27, 28, 30, 36, 37, 38, 45, 50 - 5325, 43, 45, and 55- 58, 56-62, 64, 66, 71-77.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

    New York, New York
    March 18, 2016

                                       */s/ Marylou Martin*
                                       Marylou Martin